BEFORE THE THIRD DIVISION, SEPTEMBER 8, 1965

**No. 69535.**—Dan Brechner & Co. and Ross Products, Inc. v. United States, protests 64/6227 and 64/10090 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 9, 1965

**No. 69536.**—Cafe Salvador, Inc., and H. B. Thomas v. United States, protest 64/15254 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soluble or instant coffee (containing no admixture of sugar, cereal, or other additive), a product of El Salvador, and that within 120 days after the date of enactment of Public Law 88–337 a request was filed with the collector of customs for reliquidation and classification of the merchandise free of duty under said Public Law, the claim of the plaintiffs was sustained.